No. 339. NEWMAN ET AL. v. PIGGIE PARK ENTERPRISES, INC., ET AL. C. A. 4th Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Matthew J. Perry, Lincoln C. Jenkins, Jr., Jack Greenberg, James M. Nabrit III* and *Michael Meltsner* for petitioners.

No. 73. IN RE RUFFALO. C. A. 6th Cir. Certiorari granted. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Craig Spangenberg* for petitioner. *Henry C. Robinson* for Mahoning County Bar Association, and *Samuel T. Gaines* and *P. Paul Pusateri* for Ohio State Bar Association.

No. 178. NATIONAL LABOR RELATIONS BOARD v. UNITED INSURANCE CO. OF AMERICA ET AL.; and

No. 179. INSURANCE WORKERS INTERNATIONAL UNION, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari granted. Cases are consolidated. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner in No. 178. *Bernard G. Segal* and *Irving R. Segal* for respondent United Insurance Co. of America in both cases. *Isaac N. Groner* and *Alan Y. Cole* for petitioner in No. 179. Reported below: 371 F. 2d 316.

No. 149. DYKE ET AL. v. TAYLOR IMPLEMENT MANUFACTURING Co., INC. Sup. Ct. Tenn. Certiorari granted and case set for oral argument immediately following No. 92 (386 U. S. 1003). *Bernard Kleiman, Elliot Bredhoff, Michael Gottesman* and *Tom J. Taylor* for petitioners. *Foster D. Arnett* for respondent.